# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1193
Lower Tribunal No. 24-3745-CA-01
_____

**Magdalia Marmol**,
Appellant,

vs.

**U.S. Bank Trust National Association, etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Magdalia Marmol, in proper person.

Howard Law, and Ashland R. Medley (Boca Raton), for appellee.

Before FERNANDEZ, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed.